## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIANN HILTON           :       CIVIL ACTION

    v.                       :

THE PREMIER COMPANY, et al.    :       NO. 02-cv-2700

### ORDER

AND NOW, this 13th day of November, 2002, a review of the docket discloses that service of the Complaint in the above-captioned matter has not been made, it is therefore ORDERED that the matter is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, as to the following Defendants: The Premier Company and Franklin Covey Company.

If within ten (10) days good cause can be shown why service was not made within one hundred and twenty (120) days of the date of the filing of the Complaint, the dismissal will be vacated.

BY THE COURT

_____

Michael M. Baylson, U.S.D.J.

O:\Orders - Rule 4M\Hilton v. Premier 02-2700 - Rule 4M Order.wpd